UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS ABDUL KALIM SIBOMANA, | Case No.: 2:23-cv-01710-JAD-EJY |
| Petitioner | |
| v. | **Order Dismissing Duplicative Petition for a Writ of Habeas Corpus and Closing Case** |
| MICHAEL BERNACKE, et al., | |
| Respondents | |

Lewis Abdul Kalim Sibomana has filed this 28 U.S.C. § 2241 petition for writ of habeas corpus seeking immediate release from custody or a detention/bond hearing pending the execution of his final order of removal.[1] The problem is that he brought this same challenge in a separate case assigned to me earlier this year.[2] In that case, I concluded that Sibomana has received all of the due-process protections that he is currently entitled to, so I denied the petition.[3] Sibomana appealed that decision to the United States Court of Appeals for the Ninth Circuit in June,[4] and that appeal remains pending. I therefore dismiss this later-filed petition as duplicative of the first.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to **electronically file the petition** [ECF No. 1-1].

. . .

---

[1] ECF No. 1-1.
[2] 2:23-cv-00120-JAD-VCF.
[3] 2:23-cv-00120-JAD-VCF, ECF No. 21.
[4] *Id*. at ECF No. 23.

IT IS FURTHER ORDERED that **this action is DISMISSED.** The Clerk is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
November 28, 2023